case # 01-15-00120-CV Court of Appeals, First District
Case #. 1416047010 out of 263rd Ct. Judge Jim Wallace
(Criminal case for "Fraud Use of Possession of I.D.")

Date: 2/18/15                                      pg. 1 of 5

Harris County District Clerk
DISTRICT/COUNTY CLERK
301 Caroline Ste, 420
Houston, Tx. 77210 -

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK CM

Re: Motion for Court Appointed Counsel -
Cause No: 01-001-00120-CV, 1416047010

Dear Clerk:

Enclosed please find Movant's Motion for Court Appointed Counsel, Order, and Decleration in Support of Right to Representation by Counsel in the above-styled and numbered cause. Please file these papers and bring them to the attention of the Court.

Your assistence in this matter is greatly appreciated.

Sincerely,

Princella V. Steels
Defendant, Pro se
PRINTed Name PRINCELLA V. STEELS
TDCJ.NO. 1926484
TDCJ Unit Hobby
742 F.M. 712 I-220B
ADDRESS
Marlin            Texas, 76661-485

pg. 2 of 5 The State Of Texas      In The Court of Appeals & Court Of
VS                                      263rd
PRINCELLA V. STEELS               Harris, County, Texas
DEFENDANT
1926484
TDCJ#
DOB 4/16/61       Request For Court Appointed Counsel

Pursuant To Article 1.051, Texas Code Of Criminal Procedure
To The Honorable Judge Of Said Court:

Comes Now, the Defendant PRINCELLA V. STEELS TDCJ# 1926484, and requests that the Court appoint counsel to assist him in resolving

pending charges in the above-styled cause pursuant to Tex. Code. Criminal Proc. art. 1.051. Article 1.051 (c), states as follows; "An indigent defendant is entitled to have an attorney appointed to represent him in any adversary judicial proceeding that may result in punishment by confinement...." Defendant's Declaration in support of Right to Representation of Counsel is attached and incorporated hereto as Exhibit 1.

Respectfully submitted,
Princella C. Steels
Defendant Pro se.
PRINTED NAME: PRINCELLA V. STEELS
TDCJ # & Unit: HOBBY #1926484
742 F.M. 712 I-220B
ADDRESS
Marlin, TX. 76661-4685

Exhibit 1
Declaration In Support Of
Right To Representation By Counsel
Art. 1.051, Texas Code Of Criminal Procedure

The following Declaration is in support of Article 1.051 Right to Representation by Counsel in the Texas Code of Criminal Procedure.

Now respectfully comes Princella V. Steels TDCJ# 1926484, and declares that I am unable to pay the court costs in this action and requests leave of the Court to proceed in forma pauperis in this accompanying action and would show the Court the following:

1) I am presently incarcerated in the Hobby Unit of the T.D.C.J. where I am not permitted to earn or handle money.

2) I have no source of income or spousal income.

3) I currently have $4.00 credited to me in the Inmate Fund [cut off]

(4) During my incarceration in the T.D.C.J. I have received approximately $20.00 per month as gifts from relatives and friends.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts and I receive no interest or dividend income from any source.

(6) I have 4 dependents.

(7) I have total debts of approximately $10,000.00.

(8) I owe $ O as restitution.

(9) My monthly expenses are approximately $_____.

I, PRINCELLA V. STEELS, TDCJ# 1926484, being incarcerated in the Hobby Unit of the T.D.C.J. in Falls County, Texas, verify and declare under penalty of perjury that the forgoing statements are true and correct. Executed on this date 23 day of FEBRUARY 2012,

Signature Princella V. Steels
Printed Name: PRINCELLA V. STEELS
TDCJ# 1926484

Pg. 4 of 5        Cause #'s 01-15-00120CV & 1416047010D

The State of Texas          In The Court of Appeals, First District
        VS                  & The 263RD CT.
PRINCELLA V. STEELS & $51,239.00 Cash    Harris County, Texas
TDCJ# 1926484
D.O.B. 4/16/61        Order Appointment Of Counsel

Came On this day for consideration, the Defendants request for appointment of counsel to assist him in resolving pending charges in the above-styled cause pursuant to Tex. Code Crim. Proc. art. 1.051. The Court has reviewed Defendants Declaration in Support Of Right To Representation by Counsel in this matter and it is hereby:

Ordered that an attorney be appointed to represent Defendant pursuant to Tex Code Crim. Proc. art. 1.051. Accordingly, the following attorney is hereby appointed and instructed to conduct his/her client regarding this matter:

NAME: _____

ADDRESS: _____

It Is Further Ordered that a copy of this Order shall be sent to the Defendant by the Clerk of this Court.

_____
JUDGE PRESIDING

Pg. 5 of 5

## Certificate Of Service

I certify that a copy of the foregoing Motion for Court appointed ounsel, Exhibit 1, and Order have been mailed, certified mail, return-receipt requested hand delivered, to Karen L. Morris Jill Foltzerman Prosecutor for the State at 1201 FRANKLIN STE. 600, HOUSTON TX. 77002 (address on this the 25 day of FEBRUARY 2015.

Princella V. Steels
Defendant Pro Se
Printed Name: PRINCELLA V. STE
T.D.C.J. No. 1926484
T.D.C.J. Unit HOBBY

242 F.M. 012 I-220 B
ADDRESS
_____, Texas, 76661-4685

USA
FOREVER

NORTH TEXAS TX PDC
DALLAS TX 750
25 AUG 2020 PM3 L

Princella W. Steele 1926484
Hobby Unit
742 F.M. 712 I-2708
Marlin TX 76661-4685

Christopher A. Pines Ct. Clerk
Court of Appeals, 1st District
301 Fannin St
~~Alabaster Tx~~ Houston TX 77002